Cary S. Kletter
KLETTER & PERETZ
22 Battery Street, Suite 202
San Francisco, California 94111
Telephone: 415.732.3777
Facsimile: 415.732.3791

Attorney for Plaintiff,
MAYUMI KIMURA

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAYUMI KIMURA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN ADAIR MacDONALD & ASSOCIATES, P.C., DANIEL RILEY, and DOES 1 through 20.<br><br>Defendants. | Case No. CV 08 5579 EDL<br><br>**~~[PROPOSED]~~ ORDER DISMIISSING STEVEN ADAIR MacDONALD & ASSOCIATES, P.C. AND DANIEL RILEY WITH PREJUDICE** |

WHEREAS Plaintiff MAYUMI KIMURA requests that Defendant STEVEN ADAIR MacDONALD & ASSOCIATES, P.C. and Defendant DANIEL RILEY be dismissed from this litigation with prejudice;

IT IS ORDERED THAT Defendant STEVEN ADAIR MacDONALD & ASSOCIATES, P.C. and Defendant DANIEL RILEY are dismissed from this litigation with prejudice.

**SO ORDERED.**

**DATED:** January 20, 2009

Elizabeth D. Laporte

MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Cary S. Kletter
KLETTER & PERETZ
22 Battery Street, Suite 202
San Francisco, California 94111
Telephone: 415.732.3777
Facsimile: 415.732.3791

Attorney for Plaintiff,
MAYUMI KIMURA

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

MAYUMI KIMURA,

Plaintiff,

vs.

STEVEN ADAIR MacDONALD & ASSOCIATES, P.C., DANIEL RILEY, and DOES 1 through 20.

Defendants.

Case No. CV 08 5579 EDL

**DECLARATION OF CARY S. KLETTER IN SUPPORT OF REQUEST FOR DISMIISSAL OF STEVEN ADAIR MacDONALD & ASSOCIATES, P.C. AND DANIEL RILEY WITH PREJUDICE**

I, Cary S. Kletter, being sworn to tell the truth, hereby affirm as follows:

1. I am an attorney licensed to practice law in the States of California and New York as well as in this Federal jurisdiction.

2. I am a partner in Kletter & Peretz, counsel for Plaintiff MAYUMI KIMURA.

3. This declaration is submitted to request that this Court sign the Proposed Order Dismissing STEVEN ADAIR MacDONALD & ASSOCIATES, P.C. and DANIEL RILEY With Prejudice filed herewith.

4. MAYUMI KIMURA requests that Defendant STEVEN ADAIR MacDONALD & ASSOCIATES, P.C. and Defendant DANIEL RILEY be dismissed from this action with prejudice.

DECLARATION OF CARY S. KLETTER IN SUPPORT OF REQUEST FOR ORDER DISMISSING OF STEVEN ADAIR MacDONALD & ASSOCIATES, P.C. AND DANIEL RILEY WITH PREJUDICE

- 1 -

I declare that the foregoing is true based upon penalty of perjury, affirmed this 16th day of January 2009 in San Francisco, California.

Cary S. Kletter

DECLARATION OF CARY S. KLETTER IN SUPPORT OF REQUEST FOR ORDER DISMISSING OF STEVEN ADAIR MacDONALD & ASSOCIATES, P.C. AND DANIEL RILEY WITH PREJUDICE

- 2 -