Cary S. Kletter
KLETTER & PERETZ
22 Battery Street, Suite 202
San Francisco, California 94111
Telephone: 415.732.3777
Facsimile: 415.732.3791

Attorney for Plaintiff,
MAYUMI KIMURA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MAYUMI KIMURA, | Case No. CV 08 5579 EDL |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER DISMIISSING ENTIRE ACTION** |
| vs. | |
| STEVEN ADAIR MacDONALD & ASSOCIATES, P.C., DANIEL RILEY, and DOES 1 through 20. | |
| Defendants. | |

WHEREAS Plaintiff MAYUMI KIMURA requests that this entire action be dismissed;

IT IS ORDERED THAT this action is dismissed.

**SO ORDERED.**

DATED:   February 26, 2009

_____
MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

*[Stamp: IT IS SO ORDERED / Judge Elizabeth D. Laporte]*